UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                  Case No.: 8:25-cr-00499-TPB-NHA

ROCHELLE DEBORAH JOHNSON

---

### REPORT AND RECOMMENDATION
### CONCERNING PLEA OF GUILTY

The Defendant, by consent, has appeared before me, pursuant to Federal Rule of Criminal Procedure 11 and Middle District of Florida Local Rule 1.02, and has entered pleas of guilty to Counts One, Two, Three, Four and Five of the Indictment.

After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I find that she is entering her guilty pleas knowingly and voluntarily, and that the facts in the Notice of Maximum Penalties—which she admitted in open court—form an independent factual basis that satisfies each of the essential elements of the offenses. Therefore, I recommend that her guilty pleas be accepted and that the Defendant be adjudged guilty and sentenced accordingly.

**REPORTED** in Tampa, Florida, on April 3, 2026.

NATALIE HIRT ADAMS
UNITED STATES MAGISTRATE JUDGE

**NOTICE TO PARTIES**

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions.  A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation.  *See* 11th Cir. R. 3-1.